**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DAU DUONG,

          Petitioner,

      v.

ARIZA, Warden,

          Respondent.

No. 5:25-cv-02344-SB-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the first amended petition for writ of habeas corpus (Petition), all of the records herein, and the Report and Recommendation of United States Magistrate Judge (Report). The time for filing objections to the report has passed, and no objections have been filed. Having completed its review, the Court accepts the findings and recommendations set forth in the report. Accordingly, it is ordered that: (1) the Report and Recommendation is accepted; (2) the Petition is denied; (3) judgment shall be entered dismissing with prejudice Petitioner's First Step Act earned time credit claim and dismissing without prejudice his Second Chance Act claim; and (4) the clerk's office shall serve this order and the judgment on all counsel or parties of record.

DATED: ___April 13, 2026___



_____

STANLEY BLUMENFELD JR.
UNITED STATES DISTRICT JUDGE