JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DAU DUONG,

     Petitioner,

  v.

ARIZA, Warden,

     Respondent.

No. 5:25-cv-02344-SB-BFM

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, the Petition in this matter is denied and the action is dismissed with prejudice as to Petitioner's earned time credit claim and without prejudice as to his Second Chance Act claim.

DATED: _April 13, 2026_

STANLEY BLUMENFELD JR.
UNITED STATES DISTRICT JUDGE